Thomas E. Frankovich
Thomas E. Frankovich,
A Professional Law Corporation
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff CRAIG YATES


Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
weintraub genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:   916/558-6000
Facsimile:   916/446-1611

Attorneys for Defendants
STORE 24 EXPRESS, INC., Trustee of the
VELLOO FAMILY 2008 TRUST; and SANDRA
HANSON-VELLOO, Trustee of the
VELLOO FAMILY 2008 TRUST


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| CRAIG YATES, an individual, | Case No. CV-11-1945-EDL |
|---|---|
| Plaintiff, | STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER |
| v. | |
| STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST, | |
| Defendants. | |

Pursuant to Local Rule 6.1(a), Plaintiff CRAIG YATES, and Defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST, by and through their

respective counsel, respectfully request and make the following stipulation:

1. Whereas, defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST have been served with the summons and complaint; and

2. Whereas, defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST's responsive pleading was originally due on June 13, 2011 and Defendants received an extension of time to file a responsive pleading to July 11, 2011; and

3. Whereas, defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST are requesting an additional thirty (30) day) extension of time to file a responsive pleading to August 11, 2011; and

4. Whereas, pursuant to the General Order 56, ¶3 and 4, the parties were required to hold the Joint Site Inspection by August 1, 2011; and

5. Whereas, the Joint Site Inspection took place on June 13, 2011;

6. Whereas, defendant STORE 24 EXPRESS, INC. has received the report from Plaintiff's consultant regarding the Joint Site Inspection which took place on June 13, 2011;

7. Whereas, the parties are actively attempting to negotiate a settlement in this matter and wish to reduce fees, costs and litigation expenses in so doing; and

8. Whereas, the parties believe it would be in the interest of efficiency and economy to extend the deadline for defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST to file a responsive pleading and allow time to negotiate an agreement; and

9. Whereas, plaintiff CRAIG YATES has agreed to grant an additional thirty (30) day extension of time for defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST to file a responsive pleading; and

1  10. Whereas, defendants' counsel further stipulates that defendants will comply with any and all due dates dictated by the Federal Rules of Civil procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due.

IT IS HEREBY STIPULATED:

That the last day for defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST's time to file a responsive pleading to Plaintiff's Complaint be extended up to and including August 11, 2011.

IT IS SO STIPULATED.

Dated: July 13, 2011

THOMAS E. FRANKOVICH
A Professional Law Corporation

By: _____
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES

Dated: July 3 2011

WEINTRAUB GENSHLEA CHEDIAK
a law corporation

By: _____
Charles L. Post

Attorneys for Defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST

{1333416.DOC;}                               3              Stipulation for EOT for Defendants to Respond to Plaintiff's Complaint

## ORDER

IT IS HEREBY ORDERED that the time for defendants STORE 24 EXPRESS, INC.; PALANI VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST; SANDRA HANSON-VELLOO, Trustee of the VELLOO FAMILY 2008 TRUST to file a responsive pleading to Plaintiff's Complaint is extended up to and including August 11, 2011.

IT IS SO ORDERED.

Dated: __July 15, 2011_____



_____
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Elizabeth D. Laporte